UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 23, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ARTURO URIBE-GARZA,

    Defendant.

Case No. 2:24-po-00038-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE ARTURO URIBE-GARZA, Case No. 2:24-po-00038-AC , Charge 36 CFR 261.58(e) - Illegal Camping, from custody for the following reasons:

- [X]  Release on Personal Recognizance
- [ ]  Bail Posted in the Sum of $ _____
- [ ]  Unsecured Appearance Bond $ _____
- [ ]  Appearance Bond with 10% Deposit
- [ ]  Appearance Bond with Surety
- [ ]  Corporate Surety Bail Bond
- [ ]  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

- [X]  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 23, 2024 at 3:25 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson